STATE OF NEW JERSEY v. ALVIN DANIELS.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND P. TANGO, JR.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BURNELL R. PAUL, JR.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ARNOLD WARFIELD.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT JACKSON.

May 28, 1987.

Petition for certification denied.